BAUTE CROCHETIERE MALONEY LLP
Henry C. Wang - **State Bar No. 196537**
hwang@bautelaw.com
Candice J. Hyon - **State Bar No. 272261**
chyon@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Telephone:  (213) 630-5000
Facsimile:  (213) 683-1225

**MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STONEBRIDGE LIFE INSURANCE COMPANY, a Vermont Corporation, <br><br>Plaintiff, <br><br>vs. <br><br>DARLENE MICHELLE LECESNE, an individual; JENNIFER GEORGE COLLINS, an individual, <br><br>Defendants. | Case No. CV 11-03077-GW(PJWx) <br> [Complaint Filed April 12, 2011] <br><br> **JUDGMENT** |

## JUDGMENT

After reviewing the Stipulation for Discharge of Plaintiff Stonebridge Life Insurance Company ("Stonebridge Life") and Defendants Michelle Lecesne and Jennifer George Collins, through themselves and their respective attorneys of record, and each of them, and it appearing to the Court that conflicting claims have been made to the sums due and owing under Stonebridge Life Certificate No. 74LB527048 (the "Policy") as a result of the death of Emmanuel George (the "Insured"); that Stonebridge Life has deposited with the Clerk of the Court the sum of $4,601.96; that this sum is the total amount due and owing, including interest, to anyone on account

of the death of the Insured; that Stonebridge Life's Complaint in Interpleader is properly filed; that this is a proper cause for interpleader, and good cause showing therefore:

IT IS HEREBY ORDERED that final judgment be and hereby is entered as follows:

1. That the Complaint in Interpleader filed herein by Stonebridge Life was properly filed, was filed in good faith, and that this was a proper cause for interpleader;

2. Stonebridge Life is released, discharged and acquitted of and from any and all liability of any kind or nature whatsoever to any of the Defendants on account of the benefits under the Policy as represented by the proceeds deposited with the Court as the amount due thereunder by reason of the death of the Insured;

3. Stonebridge Life shall recover and the Clerk of the Court shall issue a check in the amount of $350.00 made payable to "Stonebridge Life Insurance Company" as reasonable costs incurred for the filing of the instant action;

4. Stonebridge Life is hereby discharged and dismissed as a party from the within action with prejudice;

5. Defendant Collins shall receive $1,500.00 of the proceeds under the Policy. The Clerk of the Court shall issue a check in the amount of $1,500.00 made payable to Jennifer George Collins. The check shall be mailed to Ms. Collins at 943 Gause Blvd West, Slidell, LA 70119;

6. Defendant Lecesne shall receive the remainder of the proceeds under the Policy, and the Clerk of the Court shall issue a check in said amount made payable to the Law Office of Robert F. Keehn Attorney-Client Trust Account. The check shall be mailed to Law Office of Robert F. Keehn, 1875 Century Park East, Suite 700, Los Angeles, CA 90067; and

7. Each party shall bear their own attorneys' fees and costs.

Dated: October 4, 2011

_____
GEORGE H. WU, U.S. District Judge

[proposed] Judgment

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 777 South Figueroa Street, Suite 4900, Los Angeles, California 90017.

On this date, I served the foregoing document(s) described as
**PROOF OF SERVICE**

on all other parties and/or their attorney(s) of record to this action by placing a true copy thereof in a sealed envelope, as follows:

**SERVICE LIST**

☐ by transmitting via email to the parties at the email addresses listed below:

| | |
|---|---|
| | |
| | |
| | |
| | |

**[X]  BY MAIL:** By placing a true copy thereof in a sealed envelope and addressed to the parties listed below.  I placed such envelope(s) for deposit in the U.S. Mail for service by the United States Postal Service, with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that, on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**[ ]   BY HAND DELIVERY/PERSONAL SERVICE:** I caused the foregoing envelope to be delivered by hand.

**[X]   STATE:**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[ ]   FEDERAL:**  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made, and I certify under penalty of perjury that the foregoing is true and correct.

Executed on  September 15, 2011, at Los Angeles, California.

IRMA GOMEZ

*Print Name*                              *Signature*

BAUTE CROCHETIERE & MALONEY LLP
777 S. Figueroa st., Suite 4900
Los Angeles, CA 90017